# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 15-496-4 |
| ISHMI POWELL | |

## ORDER

**AND NOW,** this 2nd day of June 2020, upon consideration of Defendant's Motion for Compassionate Release (ECF 987), Defendant's Letter to the Court (ECF 988), and the Government's Response thereto (ECF 992), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____

**WENDY BEETLESTONE, J.**