**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 15-496-4** |
| **ISHMI POWELL** | |

## ORDER

**AND NOW,** this 19th day of August 2020, upon consideration of Defendant's Motion for Compassionate Release (ECF 1005), and the Government's Response thereto (ECF 1008), **IT IS ORDERED** that Defendant's motion is **DENIED**.

                                              **BY THE COURT:**

                                              */s/ Wendy Beetlestone*

                                              _____

                                              **WENDY BEETLESTONE, J.**